# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON DENNARD EDWARDS,** | **Civil Action No.:** 8:14-cv-02431-TDC |
| Plaintiff, | |
| **vs.** | **NOTICE OF SETTLEMENT** |
| **PERFORMANT RECOVERY, INC.,** **and DOES 1 through 10, inclusive,** | |
| Defendants. | |

Plaintiff, BRANDON DENNARD EDWARDS, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendant, PERFORMANT RECOVERY, INC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Date: October 23, 2014

RESPECTFULLY SUBMITTED,

By: *s/ Michael A. Siddons*
Michael A. Siddons, Esq.
The Law Office Of Michael Siddons
16 Front Street, P.O. Box 403
Media, PA 19603
Phone: 484.614.6546
Email: msiddons@siddonslaw.com
*Attorney for Plaintiff,*
*Brandon Dennard Edwards*